IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:24CR114 |
| ) | |
| vs. ) | |
| ) | |
| DEYON DOWNING, ASIA BLACKBURN, ) | ORDER |
| VENTURA MONTOYA GONSALEZ, and ) | |
| CARLOS LOPEZ MONTYOA ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the defendants', Amended Joint Motion for Status Conference [78]. Counsel needs additional time to prepare for trial, and to review any possible plea offers. For good cause shown,

**IT IS ORDERED** that the Amended Joint Motion for Status Conference [78] is granted, as follows:

1. The jury trial, now set for February 25, 2025, is continued to **April 22, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Joint Motion for Status Conference [77] is denied as moot.

.

DATED: February 13, 2025

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**