# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:24CR114 |
| vs. | ) | |
| DEYON DOWNING, ASIA BLACKBURN, VENTURA MONTOYA GONSALEZ, and CARLOS LOPEZ MONTYOA | ) | AMENDED ORDER |
| Defendants. | ) | |

This matter is before the court on the defendants Amended Joint Motion for Status Conference [78]. Counsel needs additional time to prepare for trial, and to review any possible plea offers. For good cause shown,

**IT IS ORDERED** that the Amended Joint Motion for Status Conference [78] is granted, as follows:

1. The jury trial, **as to all defendants,** now set for February 25, 2025, is continued to **April 22, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. Joint Motion for Status Conference [77] is denied as moot.

DATED: February 18, 2025

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**